F.3d 1317, 1321 (9th Cir.1995). Anthem did not abuse its discretion in finding Howe ineligible for medical benefits because her injuries were "due to taking part in a felony."

AFFIRMED.

Konnie CARTER, Plaintiff—Appellant,

v.

Jo Anne B. BARNHART, Commissioner of Social Security, Defendant—Appellee.

No. 03–35253.

D.C. No. CV–01–00251–LRS.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 8, 2004.*

Decided Oct. 20, 2004.

Rebecca Mary Coufal, Spokane, WA, for Plaintiff–Appellant.

David M. Blume, Esq., Seattle, WA, for Defendant–Appellee.

Before KOZINSKI, FERNANDEZ and CLIFTON, Circuit Judges.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

MEMORANDUM **

1. The ALJ found, based on the vocational expert's testimony, that even if Carter could not perform her past work, she could still perform sedentary jobs that exist in significant numbers in the national economy. *See* 20 C.F.R. § 416.920(a)(4)(v). Carter did not challenge this finding. Therefore, the ALJ's determination that Carter is not disabled is supported by substantial evidence.

2. Carter argues that it was error not to allow cross-examination of the vocational expert. We do not consider this argument, which was not raised before the district court. *See Edlund v. Massanari,* 253 F.3d 1152, 1158 (9th Cir.2001).

3. Carter is not entitled to attorney fees under EAJA, which are reserved for prevailing parties. *See* 28 U.S.C. § 2412(d)(1)(A).

AFFIRMED.

THEIS RESEARCH, INC., an Illinois corporation, Plaintiff—Appellant,

v.

BROWN & BAIN, a California and Arizona law firm, and such present and former Brown & Bain partners, associates, and other personnel responsi-

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

ble for the management and trial of all litigation involving Peter F. Theis and Theis Research, Inc., Defendant—Appellee.

No. 02–16839.

D.C. No. CV–99–20645–RMW.

United States Court of Appeals, Ninth Circuit.

Oct. 20, 2004.

Paul R. Johnson, Davin Z. Goldsztajn, Filice Brown Eassa & Mcleod, Llp, Oakland, CA, for Plaintiff–Appellant.

Paul A. Renne, Esq., Cooley Godward LLP, San Francisco, CA, for Defendant–Appellee.

Before THOMPSON and TROTT, Circuit Judges, and WEINER,* Senior District Judge.

ORDER

The memorandum disposition filed December 16, 2003 is withdrawn.

NITGEN CO., LTD., a Korea Corporation, Plaintiff—Appellant,

v.

SECUGEN CORP., a California corporation, Defendant—Appellee.

No. 03–15797.

D.C. No. CV–03–00391–JW.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 7, 2004.*

Decided Oct. 21, 2004.

Robert E. Freitas, Esq., Melissa A. Finocchio, Esq., Michael C. Spillner, Esq., Orrick, Herrington & Sutcliffe, LLP., Menlo Park, CA, for Plaintiff–Appellant.

Cedric C. Chao, Esq., Morrison & Foerster, LLP., San Francisco, CA, for Defendant–Appellee.

Before TROTT, MCKEOWN, Circuit Judges, and SHADUR,** Senior Judge.

ORDER

Based on the record, the evidence, the law, and clarifications at oral argument, the court determines that this appeal is moot in its entirety and is therefore DIS-

---

* Hon. Charles R. Weiner, Senior District Judge for Eastern Pennsylvania, sitting by designation.

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

** The Honorable Milton I. Shadur, Senior Judge for the United States District Court for the Northern District of Illinois, sitting by designation.